UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THE UNITED STATES OF AMERICA,
on the relation of Jodi Miller,

    Plaintiffs,

v.                                                        Case No. 12-cv-885-bbc

SSM HEALTH BUSINESSES
and HOME HEALTH UNITED, INC.,

    Defendants.

## NOTICE OF SETTLEMENT

The Parties report that they have reached a settlement in this case. The Parties anticipate filing a joint stipulation of dismissal with prejudice in this matter within 30 days.

Dated this 9th day of October, 2014      David P. Niemeier
                                                           Missouri State Bar No. 50969
                                                           Admitted *Pro Hac Vice*

                                                            William T. Wall
                                                           Missouri State Bar No. 66301
                                                           Admitted *Pro Hac Vice*

                                                            /s/ David P. Niemeier
                                                            GREENSFELDER, HEMKER & GALE, P.C.
                                                            10 South Broadway, Ste. 2000
                                                           St. Louis, MO  63102
                                                           Telephone:  314-241-9090
                                                           Fax:  314-241-4245
                                                           Email:  dpn@greensfelder.com

                                                           *Attorneys for Defendant*
                                                           *SSM Health Businesses*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of October, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ David P. Niemeier

1503979