UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THE UNITED STATES OF AMERICA,
on the relation of Jodi Miller,

       Plaintiffs,

     v.                                                  Case No. 12-cv-885-bbc

SSM HEALTH BUSINESSES
and HOME HEALTH UNITED, INC.,

       Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to the dismissal of all claims in this action with prejudice. Unless otherwise set forth in the Settlement Agreement, the Parties are to bear their own costs and expenses.

Dated this 8th day of December, 2014        Paul A. Kinne
                                                                                 State Bar No. 1021493

                                                                                 /s/ Paul A. Kinne
                                                                                 GINGRAS, CATES & LUEBKE, S.C.
                                                                                 8150 Excelsior Dr.
                                                                                 Madison, WI 53701
                                                                                 Telephone: 608-833-2632
                                                                                 Fax: 608-833-2874
                                                                                 Email: kinne@gcllawyers.com

                                                                                 Attorney for Relator Jodi Miller

Dated this 8th day of December, 2014         David P. Niemeier
Missouri State Bar No. 50969
Admitted *Pro Hac Vice*

William T. Wall
Missouri State Bar No. 66301
Admitted *Pro Hac Vice*

/s/ David P. Niemeier
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Ste. 2000
St. Louis, MO  63102
Telephone:  314-241-9090
Fax:  314-241-4245
Email:  dpn@greensfelder.com
             wtw@greensfelder.com

*Attorneys for Defendant*
*SSM Health Businesses*

Dated this 8th day of December, 2014

Joe Wilson
State Bar No. 1052468
Brandon Gutschow
State Bar No. 1066002


/s/ Joe Wilson
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2350
Milwaukee, WI 53202-4426
Telephone: 414-277-5000
Fax: 414-271-3552
Email: joe.wilson@quarles.com
       brandon.gutschow@quarles.com

Sarah E. Coyne
State Bar No. 1025021
QUARLES & BRADY LLP
33 East Main Street,
Suite 900
Madison, WI 53703
Telephone: 608-251-5000
Fax: 608-251-9166
Email: sarah.coyne@qurles.com

Attorneys for Defendant
Home Health United, Inc.